1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

**\*\*\***

4

5    RAMONA M. REESE,

6                      Plaintiff,                          2:14–cv–1016–RCJ–VCF

7    vs.

8                                                          **ORDER**

CAROLYN W. COLVIN, Acting Commissioner

9    of Social Security,

10                      Defendant.

11

12         Before the court are Plaintiff Ramona M. Reese's Motion/Application to Proceed *In Forma*

13   *Pauperis* (#1[1]) and Complaint (#1-1).

14                              *IN FORMA PAUPERIS* **APPLICATION**

15         Plaintiff Ramona M. Reese asserts in her application to proceed *in forma pauperis* that she is

16   currently unemployed, has no take home wages, and receives $220.00 per month in food stamps. (#1).

17   Plaintiff also asserts that she has no money in either a checking or savings account. (*Id*.) Accordingly,

18   plaintiff's request to proceed *in forma pauperis* is granted pursuant to § 1915(a).

19                                     **LEGAL STANDARD**

20         Upon granting a request to proceed *in forma pauperis*, a court must additionally screen a

21   complaint pursuant to § 1915(e). Specifically, federal courts are given the authority to dismiss a case if

22   the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or

23   seeks monetary relief from a defendant who is immune from such relief. *See* § 1915(e)(2). "To survive a

24

_____

25   [1] Parenthetical citations refer to the court's docket.

1

1   motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to

2   relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotations and

3   citation omitted).

4         In considering whether the plaintiff has stated a claim upon which relief can be granted, all

5   material allegations in the complaint are accepted as true and are to be construed in the light most

6   favorable to the plaintiff. *Russell v. Landrieu*, 621 F.2d 1037, 1039 (9th Cir. 1980). When a court

7   dismisses a complaint under § 1915(e), the plaintiff should be given leave to amend the complaint with

8   directions as to curing its deficiencies, unless it is clear from the face of the complaint that the

9   deficiencies could not be cured by amendment. *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir.

10  1995) (citation omitted).

11  **DISCUSSION**

12        Plaintiff's complaint arises from an unfavorable decision by the Commissioner of Social Security

13  Administration (hereinafter "Commissioner"). (*See* Compl. (#1-1) at 1). Plaintiff asserts that she is

14  "disabled as that term is defined in the Social Security Act," and that he filed an application for

15  disability insurance benefits. (*Id*.) The Commissioner denied the application both upon initial review and

16  reconsideration. (*Id*.) Plaintiff participated in a hearing before the ALJ, and the ALJ issued a decision

17  also denying plaintiff's claim for benefits. (*Id*.) The Appeals Counsel denied plaintiff's request for a

18  review of the ALJ's decision, making the Commissioner's decision final. (*Id*.) Plaintiff has appealed the

19  decision of the Commissioner to this court, and "requests that this court reverse that decision, or in the

20  alternative, . . remand this matter for a new hearing." (*Id*.)

21        Plaintiff may appeal to this court the Commissioner's denial of his application for Disability

22  Insurance Benefits under Title II of the Social Security Act. *See* 42 U.S.C. §§ 401-433. This court has

23  jurisdiction over the matter. *Id*. Construing plaintiff's allegations in light most favorable to Plaintiff, the

24

25

1    court finds that Plaintiff has asserted a claim upon which relief can be granted. *See Russell*, 621 F.2d at

2    1039.

3            Accordingly, and for good cause shown,

4            IT IS ORDERED that plaintiff's Application to Proceed *In Forma Pauperis* (#1) is GRANTED.

5            IT IS FURTHER ORDERED that Plaintiff is permitted to maintain the action to conclusion

6    without the necessity of prepayment of any additional fees, costs, or security. This order granting *in*

7    *forma pauperis* status does not extend to the issuance of subpoenas at government expense.

8            IT IS FURTHER ORDERED that the Clerk of the Court file the Complaint (#1-1) and serve the

9    Commissioner of the Social Security Administration by sending a copy of the summons and Complaint

10   (#1-1) by certified mail to: (1) the Attorney General of the United States, Department of Justice, 950

11   Pennsylvania   Avenue,   N.W.,   Room   4400,   Washington,   D.C.   20530;   and

12   (2) Office of the Regional Chief Counsel, Region IX, Social Security Administration,      160 Spear St.,

13   Suite 899, San Francisco, CA 94105-1545.

14           IT IS FURTHER ORDERED that the Clerk of Court issue summons to the United States

15   Attorney for the District of Nevada and deliver the summons and Complaint (#1-1) to the U.S. Marshal

16   for service.

17           IT IS FURTHER ORDERED that from this point forward, plaintiff must serve upon Defendant,

18   or his attorney if he has retained one, a copy of every pleading, motion, or this document submitted for

19   consideration by the court.  Plaintiff must include with the original paper submitted for filing a

20   certificate stating the date that a true and correct copy of the document was mailed to the defendants or

21   their counsel.  The court may disregard any paper received by a district judge, magistrate judge, or the

22   ///

23   ///

24   ///

25

1    Clerk which fails to include a certificate of service.

2         DATED this 25th day of June, 2014.

3

4                                                _____

5                                                CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25